UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOURK
---------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

THOMAS MURRAY,

     Plaintiff,

   -against-

THE COMMISSIONER OF SOCIAL SECURITY

     Defendant.

---------------------------------------------------------------x

**ORDER**
07CV10637 (HB)

**Hon. HAROLD BAER, JR., District Judge:**

  WHEREAS, the parties appeared before me on February 7, 2008 in a pre-trial conference regarding plaintiff's claims against the Social Security Administration under 42 U.S.C. § 405 and agreed upon a preliminary pre-trial briefing schedule; it is hereby

  ORDERED that the Commissioner of Social Security will answer the complaint by March 7, 2008 and if it so decides upon examination of the record, will file its motion to dismiss by April 7, 2008; and it is further

  ORDERED that the Plaintiff will oppose such motion no later than May 7th; and it is further

  ORDERED that the Commissioner's reply if any will be due no later than 10 days thereafter, or May 21, 2008.

February 7, 2008

*/s/ Harold Baer*
Harold Baer, Jr.
United States District Judge