

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

April 7, 2008

**By Fax**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

      Re:   <u>Thomas J. Murray v. Astrue</u>
           07 Civ. 10637 (HB)

Dear Judge Baer:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. Due to workload constraints, I was unable to complete defendant's motion for judgment on the pleadings by today, April 7, 2008. Therefore, with the consent of plaintiff <u>pro se</u>, I respectfully request a one-day extension of time to file defendant's motion.

    Should the Court grant this request, defendant's motion will be due on April 8, 2008; plaintiff's opposition will be due by May 8, 2008, and defendant's reply, if any would be due by May 22, 2008.

    This is defendant's first request for an extension on the briefing schedule.

Thank you for your consideration of this request.

>Respectfully,
>
>MICHAEL J. GARCIA
>United States Attorney
>
>BY: _____
>LESLIE A. RAMIREZ-FISHER
>Assistant U.S. Attorney
>Telephone: (212) 637-0378
>Fax: (212) 637-2750

cc:  Thomas Murray, Plaintiff Pro Se (By Regular Mail)


SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
4/8/08

2

TOTAL P.03